UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADRIENNE HEYWARD                               JURY TRIAL DEMANDED

v.                            CASE NO.  3:10 cv

FEDERAL RECOVERIES, LLC
MARK BRIANDI

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant regularly collects consumer debts directly or indirectly using the mails or other means of interstate communication.

6. Each defendant is a debt collector within the FDCPA.

7. Defendants have a place of business at 3842 Harlem Rd # 235, Cheektowaga NY 14215 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff concerning efforts to collect a personal account.

8. Defendant faxed a request for verification of employment to plaintiff's payroll department which requested information well in excess of what is permitted by 15 U.S.C. § 1692b, and requested payroll to obtain the "employee signature to demonstrate voluntary compliance."

9. In the collection efforts, defendant violated the FDCPA, § 1692b, -c, -e, -f, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under of the FDCPA;

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and such further relief as law or equity may provide.

                THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net